**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| VICKIE FORBY, individually and on behalf of all others similarity situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action 3:16-CV-856-L |
| ONE TECHNOLOGIES, LP; ONE TECHNOLOGIES MANAGEMENT LLC; and ONE TECHNOLOGIES CAPITAL LLP, | § § § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S OPPOSED MOTION FOR RELIEF FROM ORDER OR JUDGMENT PURSUANT TO RULE 60**

1.      The relevant facts and procedural history made the basis of Plaintiff's requested relief are set forth in *Plaintiff's Motion for Leave to File Fourth Amended Complaint*.  The facts, procedural history, and defined terms are incorporated as if fully set forth herein.

2.      Plaintiff seeks relief from this Court's Order striking Plaintiff's class allegations [Dkt. 129] because Defendant cannot compel Plaintiff to arbitrate her claims; Defendant could not have compelled any consumers' claims to arbitration before October 26, 2021; and because the Terms and Condition, even if they are enforceable—which they are not, do not waive any consumers' right to represent or participate in class action proceedings.

3.      Under no circumstance can Defendant compel Plaintiff's or any class member's claims to arbitration.  Accordingly, Plaintiff seeks relief under Federal Rule of Civil Procedure 60 to reinstate her previously stricken class allegations and her CROA claim, which the Fifth Circuit

held must be arbitrated.  Plaintiff's arguments and authorities for the requested relief are set forth

in her *Brief in Support of Motion for Relief from Order or Judgment Pursuant to Rule 60.*

November 12, 2021                                 Respectfully submitted,

                                                  */s/ Stuart L. Cochran*
                                                  Stuart L. Cochran
                                                  Texas Bar No. 24027936
                                                  Blake E. Mattingly
                                                  Texas Bar No. 24104229
                                                  STECKLER WAYNE COCHRAN CHERRY PLLC
                                                  12720 Hillcrest Rd., Ste. 1045
                                                  Dallas TX 75230
                                                  Tel:    972-387-4040
                                                  Email: stuart@swclaw.com
                                                  Email: blake@swclaw.com

                                                  David C. Nelson (ARDC 6225722)
                                                  NELSON & NELSON, ATTORNEYS AT LAW, P.C.
                                                  420 North High Street, P.O. Box Y
                                                  Belleville, IL 62222
                                                  Tel: 618-277-4000
                                                  Email: dnelson@nelsonlawpc.com

                                                  Matthew H. Armstrong (MoBar 42803)
                                                  ARMSTRONG LAW FIRM LLC
                                                  8816 Manchester Rd., No. 109
                                                  St. Louis MO 63144
                                                  Tel:    314-258-0212
                                                  Email: matt@mattarmstronglaw.com

                                                  **ATTORNEYS FOR PLAINTIFF**


                                        **CERTIFICATE OF CONFERENCE**

       Plaintiff is filing this motion pursuant to the court's directive at the most recent status
conference in this case. Based upon the discussions during same, counsel for Defendant
indicated they were opposed to Plaintiff's relief sought.

                                                  */s/ Stuart L. Cochran*
                                                  Stuart L. Cochran

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, this document was filed through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Stuart L. Cochran
Stuart L. Cochran