# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **VICKIE FORBY,** *individually and on behalf of all others similarly situated in Illinois*, | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO: 3:16-CV-856-L |
| **ONE TECHNOLOGIES, LP; ONE TECHNOLOGIES MANAGEMENT, LLC; and ONE TECHNOLOGIES CAPITAL, LLP,** | § § § § § | |
| **Defendants.** | § § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hearby given that Defendants One Technologies, LP, One Technologies Management, LLC, and One Technologies Capital, LLP (collectively, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's July 21, 2022 Memorandum Order and Opinion (Dkt. No. 160) denying Defendants' Motion to Compel Arbitration and Position on Discovery (Dkt. No. 142), as well as from any and all of the Court's rulings adverse to Defendants that are incorporated, antecedent, or ancillary to that Order. *See* 9 U.S.C. § 16(a)(1).

| | |
|---|---|
| DATED: August 10, 2022 | Respectfully submitted, |

                                                             */s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Anne M. Johnson
Texas Bar No. 00794271
ajohnson@tillotsonlaw.com
Kelli Bills
Texas Bar No. 24067169
kbills@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

Andrew P. LeGrand
Texas Bar No. 24070132
ALeGrand@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

Jonathan R. Childers
Texas Bar No. 24050411
jchilders@lynnllp.com
Alan Dabdoub
Texas Bar No. 24056836
adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**ATTORNEYS FOR DEFENDANTS
ONE TECHNOLOGIES, LP; ONE
TECHNOLOGIES MANAGEMENT, LLC;
and ONE TECHNOLOGIES CAPITAL, LLP**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by ECF on August 10, 2022.

                                       */s/ Jeffrey M. Tillotson*
                                       Jeffrey M. Tillotson