# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| VICKIE FORBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ONE TECHNOLOGIES, LP; ONE | § | CIVIL ACTION NO: 3:16-cv-856-L |
| TECHNOLOGIES MANAGEMENT | § | |
| LLC; and ONE TECHNOLOGIES | § | |
| CAPITAL LLP, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Vickie Forby ("Forby") and Defendants One Technologies, LP, One Technologies Management LLC and One Technologies Capital LLC ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all claims against Defendants in the above-captioned matter with prejudice. Each party shall bear its own costs and fees incurred in this action.

DATED:  September 1, 2023

Respectfully submitted,

**COCHRAN LAW PLLC**

 /s/ Stuart L. Cochran
Stuart L. Cochran
Texas Bar No.: 24027936
Blake E. Mattingly
Texas Bar No.: 24104229
8140 Walnut Hill Ln., #250
Dallas, Texas 75231
Telephone: (469) 333-3405
stuart@scochranlaw.com
blake@scochranlaw.com

JOINT STIPULATION AND DISMISSAL WITH PREJUDICE - 1

David C. Nelson (*appearing pro hac vice*)
Illinois State Bar No. 6225722
**NELSON & NELSON, ATTORNEYS AT LAW, P.C.**
420 North High Street, P.O. Box Y
Belleville, IL 6222
Tel: 618-277-4000
Email: dnelson@nelsonlawpc.com

Matthew H. Armstrong (*appearing pro hac vice)*
Missouri State Bar No. 42803
**ARMSTRONG LAW FIRM LLC**
8816 Manchester Rd., No. 109
St. Louis, MO 63144
Tel: 314-258-0212
Email: matt@mattarmstronglaw.com

**ATTORNEYS FOR PLAINTIFF VICKIE FORBY**

And

  */s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Anne M. Johnson
Texas Bar No. 00794271
ajohnson@tillotsonlaw.com
Kelli Bills
Texas Bar No. 24067169
kbills@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

Andrew P. LeGrand
Texas Bar No. 24070132
ALeGrand@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

JOINT STIPULATION AND DISMISSAL WITH PREJUDICE - 2

        Jonathan R. Childers
        Texas Bar No. 24050411
        jchilders@lynnllp.com
        Alan Dabdoub
        Texas Bar No. 24056836
        adabdoub@lynnllp.com
        **LYNN PINKER HURST &**
         **SCHWEGMANN, LLP**
        2100 Ross Avenue, Suite 2700
        Dallas, Texas 75201
        Telephone: (214) 981-3800
        Facsimile: (214) 981-3839

        **ATTORNEYS FOR DEFENDANTS**
        **ONE TECHNOLOGIES, LP, ONE**
        **TECHNOLOGIES MANAGEMENT, LLC,**
        **AND ONE TECHNOLOGIES CAPITAL, LLP**

## CERTIFICATE OF SERVICE

      This is to certify that on September 1, 2023, a true and correct copy of the above and foregoing was electronically filed using the CM/ECF system, which will send notification of this filing to all counsel of record who are registered to receive such notifications.

        */s/ Stuart L. Cochran*
        Stuart L. Cochran