# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Sep 05, 2023
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-10764

MYLES STAVIS,

*Plaintiff—Appellee,*

versus

ONE TECHNOLOGIES, L.L.C.,

*Defendant—Appellant,*

CONSOLIDATED WITH

No. 22-10770

VICKIE FORBY, INDIVIDUALLY AND *on behalf of* ALL OTHERS SIMILARLY SITUATED IN ILLINOIS,

*Plaintiff—Appellee,*

versus

ONE TECHNOLOGIES, L.P.; ONE TECHNOLOGIES MANAGEMENT, L.L.C.; ONE TECHNOLOGIES CAPITAL, L.L.P.,

*Defendants—Appellants.*

Case: 22-10764　　Document: 00516882786　　Page: 2　　Date Filed: 09/05/2023
Case 3:16-cv-00856-L　　Document 180　　Filed 09/05/23　　Page 2 of 3　　PageID 1905

22-10764

_____

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2753
USDC No. 3:16-CV-856

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeals are dismissed as of September 05, 2023, pursuant to the unopposed joint stipulation of the parties.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

By: _____
      Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-10764   Stavis v. One Technologies
                      USDC No. 3:21-CV-2753
                      USDC No. 3:16-CV-856

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

Ms. Kelli Benham Bills
Mr. Jonathan Ryan Childers
Mr. Stuart L. Cochran
Mr. Alan Dabdoub
Ms. Anne McGowan Johnson
Mr. Edwin J. Kilpela
Mr. Robert L. King
Mr. Andrew Patrick LeGrand
Ms. Karen S. Mitchell
Mr. David Nelson
Mr. Daniel Polese
Mr. Jeffrey M. Tillotson